UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EVERGREEN EAST COOPERATIVE, | ) CASE NO. 1:20-cv-184 |
| | ) |
| Plaintiff, | ) JUDGE ALISON J. NATHAN |
| | ) |
| v. | ) |
| | ) |
| BOTTOMLEY EVERGREENS & FARMS, INC. *et al.*, | ) |
| | ) |
| | ) |
| Defendants. | ) |
| | ) |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/22/2021

## ~~PROPOSED~~ JUDGMENT

Pursuant to Rules 68(a) of the Federal Rules of Civil Procedure, judgment is hereby entered against Defendant Bottomley Evergreens & Farms ("Bottomley") in the amount of one-hundred fifty thousand dollars ($150,000) in full satisfaction of all claims brought against Bottomley or Defendant Home Depot U.S.A., Inc., in this action.

All parties to bear their own costs and attorney fees.

SO ORDERED,

*Alison J. Nathan*
_____
U.S. DISTRICT JUDGE

10/21/21

1